**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00454-CR
### No. 05-18-00455-CR

**DARRION LEE STOREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81847-2016 & 416-81848-2016**

## ORDER

Appellant was convicted of three counts of sexual assault of a child younger than seventeen years of age and two counts of indecency with a child by sexual contact. Appellant filed his briefs on July 27, 2018. In the briefs, he uses the name of the victim. Accordingly, we **STRIKE** appellant's briefs.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, amended briefs that identify the victim and any child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Jennifer Castleman and the Collin County District Attorney's Office.

/s/     LANA MYERS
        JUSTICE